IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO. 09-79914-jem
CHAPTER 7

IN RE:
Nizarali Nensi
dba Wireless Necessities

Debtor
_____/

## REQUEST FOR NOTICE

**COMES NOW, Plymouth Park Tax Services LLC, a creditor in this Bankruptcy case, and files this Request for Notice. Plymouth Park Tax Services LLC, requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Plymouth Park Tax Services LLC, 115 S. Jefferson Road, Bldg. D-1, Whippany, NJ 07981.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request For Notice has been furnished electronically or by U.S. Mail on October 21, 2009 to The United States Bankruptcy Court, Northern District of Georgia, 1340 Russell Federal Building, 74 Spring Street, SW., Atlanta, Ga. 30303; Chapter 7 Trustee, Edwin K. Palmer, P.O. Box 1284, Decatur, Ga. 30031; and the debtor's attorney, Deborah J. Torras, Bldg. 7, Suite 150, 1827 Powers Ferry Road, Atlanta, Ga. 30339.

By: /s/ Douglas Badaszewski
Douglas Badaszewski -
Plymouth Park Tax Services LLC